UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DRIFTAGE, LLC d/b/a POP'S SUNSET
GRILL & POP'S CIRCUIT, LLC,

                          CASE NO.: 8:23-cv-00260-SDM-CPT

       Plaintiff,

vs.

MCGRIFF INSURANCE SERVICES,
INC.,

       Defendant.
_____/

## **DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST PLAINTIFF, POP'S CIRCUIT, LLC**

Defendant, MCGRIFF INSURANCE SERVICES, LLC f/k/a MCGRIFF INSURANCE SERVICES, INC. ("Defendant"), by and through counsel and pursuant to Federal Rule of Civil Procedure 58(b), hereby files its Motion for Entry of Final Judgment against Plaintiff, POP'S CIRCUIT, LLC ("Pop's Circuit"), and states:

    1.    Pop's Circuit brought causes of action against Defendant for negligence (Count I) and promissory estoppel (Count II) in the operative Second Amended Complaint. (Doc. 23).

1

2. On January 26, 2024, Defendant filed its Motion for Summary Final Judgment and Incorporated Memorandum of Law ("the Motion for Summary Judgment"). (Doc. 30).

3. On July 2, 2024, the Court entered its Order Granting the Motion for Summary Judgment in Part. (Doc. 60) (the "Summary Judgment Order"). In the Summary Judgment Order, the Court granted the Motion for Summary Judgment in favor of Defendant and against Pop's as to all claims brought by Pop's. Thus, Defendant has prevailed on all claims brought by Pop's in this action.

4. Accordingly, Defendant is entitled to entry of a Final Judgment in its favor and against Pop's Circuit in the form of Exhibit "A," which is attached hereto and incorporated herein by reference (the "Proposed Final Judgment").

5. As set forth in the Proposed Final Judgment, Defendant requests the Court to reserve jurisdiction to determine entitlement to, and the amount of, attorneys' fees and costs awardable to Defendant in this case.[1]

WHEREFORE, Defendant, MCGRIFF INSURANCE SERVICES, LLC f/k/a MCGRIFF INSURANCE SERVICES, INC., respectfully requests that this Court to: (a) enter a Final Judgment against Plaintiff, POP'S CIRCUIT, LLC, in the form of the Proposed Final Judgment; (b) reserving jurisdiction to determine entitlement to,

---

[1] Contemporaneously with the filing of this Motion, Defendant is filing its Motion to Determine Entitlement to Attorneys' Fees against Pop's Circuit and its Motion to Tax Costs.

2

and amount of, attorneys' fees and costs awardable to Defendant and against Pop's Circuit; and (c) enter a Final Judgment for such other and further relief as this Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE PURSUANT TO LOCAL RULE 3.01(g)

I HEREBY CERTIFY that pursuant to Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida, I have conferred with James L. Wideikis, Esq., counsel for Plaintiffs, regarding the relief requested herein, and I can represent that Plaintiffs object to the relief sought in this Motion.

/s/ *Michael A. Tessitore II*
MICHAEL A. TESSITORE II, ESQ.
Florida Bar No. 1018986

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15, 2024, was filed and will be served via the CM/ECF system upon: Erik Johanson, Esquire (erik@johanson.law), Wideikis, Benedict & Bernstsson, LLC, 3195 S. Access Road, Englewood, Florida 34224; JAMES L. WIDEIKIS, Esquire (jwideikis@cgw-legal.com), SHAWN M. STAPLES, Esquire (sstaples@cgw-legal.com), Costello, Ginex, and Wideikis, P.C., 150 N. Wacker Drive, Suite 1400, Chicago, Illinois 60606.

/s/ *Michael A. Tessitore, Esq.*
JEFFREY S. ELKINS, ESQ.
Florida Bar No. 0043775
jelkins@shutts.com

3

egutierrez@shutts.com
MICHAEL A. TESSITORE II, ESQ.
Florida Bar No.: 1018986
mtessitore@shutts.com
egutierrez@shutts.com
SHUTTS & BOWEN LLP
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801-5403
Telephone: (407) 835-6805
*Attorneys for Defendant*